UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| KATHY YOUNT, et al.,<br><br>            Plaintiffs,<br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>            Defendants.<br>_____/ | No. C 11-1141 MEJ<br><br>**ORDER FOR DEFENDANTS TO PROVIDE AVAILABILITY FOR MEET AND CONFER** |

On January 23, 2012, Plaintiffs filed a Request for a Telephonic Hearing for the Purpose of Enforcing the Court's Meet and Confer Requirements. Dkt. No. 17. As the request concerns the inability of the parties to schedule a meet and confer session, the Court hereby ORDERS Defendants to provide Plaintiffs with three proposed meet and confer dates, all no later than February 10, 2012. Defendants shall provide the three dates by January 26, 2012 at 4:00 p.m. Plaintiffs shall then notify Defendants of their choice by January 27, 2012. The parties are then ORDERED to meet and confer in compliance with the undersigned's discovery standing order.

**IT IS SO ORDERED.**

Dated: January 25, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge