**UNITED STATES DISTRICT COURT**

Northern District of California

| | |
|---|---|
| KATHY YOUNT, et al., | No. C 11-1141 MEJ |
| Plaintiffs, | **ORDER RE: STATUS** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

The Court ORDERS the parties to file a joint status report or dismissal by September 20, 2012.

**IT IS SO ORDERED.**

Dated: September 7, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge