DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
LEILA K. MONGAN, State Bar #271287
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3915
Facsimile:      (415) 554-3837
E-Mail:          leila.mongan@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

GRANTED
Judge Maria-Elena James

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY YOUNT, ESTATE OF DYLAN YOUNT, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO FIRE DEPARTMENT, DOES 1-5, Inclusive, <br><br> Defendants. | Case No. CV-11-1141 MEJ <br><br> **JOINT STATUS REPORT** <br><br> Trial Date:         Not Set |

Pursuant to the Court's September 7, 2012 Order, the parties submit the following joint status report. This Joint Status Report is submitted jointly with notations where divergent positions exist.

**1.     Introduction**

<u>Jointly</u>: In this civil rights *Monell* action, the parties agreed to a limited exchange of discovery in advance of Defendant's early summary judgment motion.

<u>Plaintiffs</u>:  The parties have not completed written discovery and depositions.  Plaintiffs intend depose up to three more percipient witnesses.  After said deposition, counsel will meet and confer within 30 days regarding whether it is necessary to conduct depositions of Persons Most Knowledgeable (PMKs) from the City; Plaintiffs anticipate this will be necessary.

<u>Defendant</u>:  Defendant has completed its initial discovery.  According to the June 14, 2011 Case Management Statement, Plaintiffs may take up to three additional percipient witness depositions and may then confer with Defendant about whether PMK depositions are appropriate.

## 2. Nature of Action

<u>Jointly</u>:  This action involves claims by Plaintiffs Kathy Yount and the Estate of Dylan Yount against the City and County of San Francisco.  Plaintiffs make federal and state law claims against the City regarding its response to Dylan Yount's suicide by jumping off a building in downtown San Francisco.

## 3. Status of Discovery

<u>Plaintiffs</u>:  In their Joint Case Management Statement filed on June 14, 2011, the parties agreed to a mutual, limited exchange of discovery in advance of defendant's anticipated motion for summary judgment to include the production of documents.  Plaintiff's position is that defendant has been less than forthright during discovery (Docket No. 17, 18, 19). Plaintiff has the right to conclude the depositions and discovery.

<u>Defendant</u>:  In their Joint Case Management Statement filed on June 14, 2011, the parties agreed to a mutual, limited exchange of discovery in advance of defendant's anticipated motion for summary judgment.  *See* Docket No. 9.  Specifically, the parties agreed that Defendant would produce documents and take the deposition of one witness named Roberto "Beto/Mooncricket" Lopez; that Plaintiffs would depose up to six percipient witnesses; and that the parties would then meet and confer regarding whether it is necessary to take depositions of persons most knowledgeable ("PMKs") from the City.  *See id.* at 3-4.

Defendant disputes Plaintiffs' statement that Defendants have not been forthright in discovery. Upon each of Plaintiffs' requests, Defendant has promptly produced documents, served written discovery responses and produced City employees for deposition.

<u>Jointly</u>:  The status of this discovery is as follows:

- Defendant took the deposition of Roberto Lopez on October 18, 2011.
- Defendant produced documents to Plaintiffs on June 23, 2011 and, in response to Plaintiffs' discovery requests, served additional responses and produced additional documents on January 31, 2012 and March 26, 2012.
- Plaintiffs took the depositions of the following percipient witnesses: Officer Cesar Perez on May 17, 2012; Lieutenant Arthur Borges on May 31, 2012; and Officer Craig Canton on September 19, 2012.

The parties expect to complete any remaining discovery in advance of Defendant's initial summary judgment motion as set forth in the proposed schedule below.

**4.     Scheduling**

<u>Jointly</u>:   The parties propose that the Court refrain from setting a trial date in light of Defendant's anticipated motion for summary judgment.  The parties do request that the Court set deadlines relating to the completion of the initial discovery and Defendant's summary judgment motion.  Specifically, the parties have agreed to and request that the Court enter the following deadlines:

| | |
|---|---|
| Deadline for Plaintiffs to complete up to three additional percipient witness depositions contemplated by the parties' June 14, 2011 Joint Case Management Statement: | December 12, 2012 |
| Deadline for parties to meet and confer about PMK depositions: | January 15, 2013 |
| Deadline for Plaintiffs to complete PMK depositions, if any, and to complete any additional written discovery: | February 15, 2013 |
| Deadline for Defendant to file initial motion for summary judgment: | April 15, 2013 |

1  Dated:  September 20, 2012	DENNIS J. HERRERA
2 	City Attorney
 	CHERYL ADAMS
3 	Chief Trial Deputy
 	DONALD P. MARGOLIS
4 	LEILA K. MONGAN
 	Deputy City Attorneys
5
 	By:     *Leila K. Mongan*
6 	LEILA K. MONGAN
 	Attorneys for Defendant
7 	CITY AND COUNTY OF SAN FRANCISCO
8

9

10  Dated: September 20, 2012	WALSTON CROSS, P.C.

11 	By:     *Orestes A. Cross**
 	Orestes A. Cross, Esq.
12 	Attorneys for Plaintiffs
 	KATHY YOUNT AND ESTATE OF DYLAN YOUNT
13

14 	*Pursuant to GO 45, the electronic signatory has
 	obtained approval from this signatory.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT	4	n:\lit\li2012\111077\00798571.doc
Yount v. CCSF, et al.; Case No. CV-11-1141 MEJ