# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| KATHY YOUNT, ESTATE OF DYLAN YOUNT,<br><br>            Plaintiffs,<br>   v.<br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>            Defendants.<br>_____/ | No. C 11-1141 MEJ<br><br>**ORDER RE: JOINT STATEMENT OF UNDISPUTED FACTS** |

As the parties have been unable to file a joint statement, the Court ORDERS the parties to meet and confer in good faith and file a joint statement by May 30, 2013. Failure to comply with this Order shall result in the imposition of sanctions

**IT IS SO ORDERED.**

Dated: May 16, 2013

_____
Maria-Elena James
United States Magistrate Judge