UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| KATHY YOUNT, ESTATE OF DYLAN YOUNT,<br><br>               Plaintiffs,<br>   v.<br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>               Defendants. | No. C 11-1141 MEJ<br><br>**THIRD ORDER RE: JOINT STATEMENT OF UNDISPUTED FACTS** |

On May 16, 2013, the Court ordered the parties to meet and confer in good faith and file a joint statement by May 30, 2013. Of the 28 facts in Defendants' initial proposed joint statement, it appears that the parties have now reached an agreement as to 27 facts. *See* Margolis and Pederson Decl., ¶ 7, Dkt. No. 45. However, it appears that Plaintiffs' counsel seeks to add 2 additional facts which Defendants dispute. This is not the purpose of a joint statement of undisputed facts. Accordingly, the Court ORDERS the parties to file the joint statement with the agreed-upon 27 facts by June 3, 2013 at 10:00 a.m. If Plaintiffs' counsel is unwilling to sign a statement that includes the 27 agreed-upon facts by June 3, he is hereby ORDERED to show cause in a declaration filed by June 3, 2013 at 10:00 a.m. as to why sanctions should not be imposed.

**IT IS SO ORDERED.**

Dated: May 30, 2013

                                                                                                   _____
                                                                                                   Maria-Elena James
                                                                                United States Magistrate Judge