# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| KATHY YOUNT, ESTATE OF DYLAN YOUNT, | No. C 11-1141 MEJ |
| Plaintiffs, | **FOURTH ORDER RE: JOINT STATEMENT OF UNDISPUTED FACTS** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

Having reviewed the parties' submissions regarding their impasse over producing a joint statement of undisputed facts, the Court ORDERS as follows:

1) By June 6, 2013 at 12:00 p.m., the parties shall file a joint statement of disputed and undisputed facts, limited to the 28 facts addressed in the parties' submissions. If either party claims that a fact is disputed, it shall support this assertion in compliance with Federal Rule of Civil Procedure 56(c).

2) Defendants' request for sanctions is denied without prejudice.

**IT IS SO ORDERED.**

Dated: June 3, 2013

                                                                                            Maria-Elena James
United States Magistrate Judge