UNITED STATES DISTRICT COURT

Northern District of California

| KATHY YOUNT, ESTATE OF DYLAN YOUNT, | No. C 11-01141 MEJ |
|---|---|
| Plaintiffs, | **ORDER VACATING HEARING RE: DOCKET NO. 26** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

This matter is currently scheduled for a hearing regarding Defendants' Summary Judgment Motion on June 13, 2013. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the June 13 hearing. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: June 10, 2013

_____
Maria-Elena James
United States Magistrate Judge