UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| KATHY YOUNT, ESTATE OF DYLAN YOUNT,<br><br>               Plaintiffs,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>               Defendants.<br>_____/ | No. C 11-01141 MEJ<br><br>**ORDER VACATING HEARING RE: DOCKET NO. 26** |

This matter is currently scheduled for a hearing regarding Defendants' Summary Judgment Motion on June 13, 2013. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the June 13 hearing. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: June 10, 2013

_____
Maria-Elena James
United States Magistrate Judge